1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11
12   RAJA P.,                          Case No. 2:19-cv-02018-GJS
13                Plaintiff
                                        **JUDGMENT**
14           v.
15   ANDREW M. SAUL, Commissioner
     of Social Security,
16
                 Defendant.
17

18       Pursuant to the Court's Memorandum Opinion and Order,
19       IT IS ADJUDGED that the decision of the Commissioner of the Social Security
20   Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.
21
22   DATED: May 29, 2020
23                                      _____
24                                      GAIL J. STANDISH
                                        UNITED STATES MAGISTRATE JUDGE
25
26
27
28